Revised 3/30/21

# CRIMINAL CASE COVER SHEET

**By:** [✓] INDICTMENT  [ ] SUPERSEDING Case Number: _____
[ ] INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
[ ] RULE 20

USA V. **BRIAN CLIFFORD**

[✓] Felony  [ ] Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
[ ] Misdemeanor *(Not class A)*  [ ] Petty Offense

[ ] Defendant is being added to existing criminal case
[ ] Charges/Counts Added

Immigration Cases
[ ] Zone A  [ ] Zone B

Name of Assigned AUSA: **Cynthia F. Davidson**

Matter Sealed:  [ ] YES  [✓] NO     Place of Offense: **Knox**

[ ] Interpreter Required   Language: _____

Issue:  [✓] WARRANT   [ ] SUMMONS   [ ] WRIT (Motion to be filed)

Arresting Agency:  [✓] DEA  [ ] ATF  [ ] USMS  [ ] FBI  [ ] Other: _____

Current Trial Date (if any): _____ before Judge _____

[ ] Criminal Complaint Filed        Case Number: _____
[ ] Defendant on Supervised Release  Case Number: _____

Related Case/Attorney:

Case Number _____   Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

[ ] Federal Defender   [ ] CJA   [ ] Retained

Appointed by Target Letter         Case Number: _____
Appointed in Pending Indictment    Case Number: _____

**CHARGES:** Total # of Counts for this Defendant **1**

Attorney Signature _____

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. BRIAN CLIFFORD _____

|  | Title & Section | Description of OffenseCharged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
|  | 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) | Conspiracy to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance | Y | 1 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |