# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA V. JOSE MANZANAREZ-HERNANDEZ

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: Cynthia F. Davidson

Matter Sealed: ☐ YES ☑ NO    Place of Offense: Knox

☐ Interpreter Required    Language: _____

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☑ DEA ☐ ATF ☐ USMS ☐ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed    Case Number: 3:22-MJ-1162
☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): Wesley Stone

☐ Federal Defender ☑ CJA ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES: Total # of Counts for this Defendant 2

Attorney Signature _____

CRIMINAL CASE COVER SHEET

Case Number _____

USA v. JOSE MANZANAREZ-HERNANDEZ

|  | Title & Section | Description of OffenseCharged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
|  | 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) | Conspiracy to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance | Y | 1 |  |
|  | 8 U.S.C. § 1326(a), (b)(1) | Alien found in the United States after having been removed or deported | Y | 5 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |