Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT  ☐ SUPERSEDING Case Number: _____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA V. **ANTHONY MARTIN**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A  ☐ Zone B

Name of Assigned AUSA: **Cynthia F. Davidson**

Matter Sealed:  ☐ YES  ☑ NO    Place of Offense: **Knox**

☐ Interpreter Required  Language: _____

Issue:  ☑ WARRANT  ☐ SUMMONS  ☐ WRIT (Motion to be filed)

Arresting Agency:  ☑ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed    Case Number: _____
☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender    ☐ CJA    ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:  Total # of Counts for this Defendant  **1**

Attorney Signature *Cynthia F. Da[vidson]*

# CRIMINAL CASE COVER SHEET

Case Number _____

USA v. ANTHONY MARTIN _____

|  | Title & Section | Description of OffenseCharged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
|  | 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A) | Conspiracy to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance | Y | 1 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |